<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6040**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CHRISTOPHER WALKER,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:96-cr-00123-REP-2)

———————

Submitted:  April 23, 2009        Decided:  May 5, 2009

———————

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher Walker, Appellant Pro Se. Sara Elizabeth Chase, Joan Elizabeth Evans, Norval George Metcalf, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Walker appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Walker, No. 3:96-cr-00123-REP-2 (E.D. Va. Dec. 8, 2008); see also United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We further deny Walker's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED